E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorney
Public Corruption & Civil Rights Section
SURIA M. BAHADUE (Cal. Bar No. 344369)
Assistant United States Attorney
Criminal Appeals Section
    1500/1000 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0641/5487
    Facsimile: (213) 894-0141
    E-mail: frances.lewis@usdoj.gov
            suria.bahadue@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE LEE DOMINGUEZ,<br><br>Defendant. | No. CR 22-177-ODW<br><br>GOVERNMENT'S OPPOSITION TO DEFENDANT'S SECOND *IN CAMERA* APPLICATION; DECLARATION OF FRANCES S. LEWIS<br><br>Hearing Date: Oct. 16, 2023<br>Hearing Time: 1:00 p.m.<br>Location: Courtroom of the Hon. Otis D. Wright II |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Frances S. Lewis and Suria M. Bahadue, hereby files the government's opposition to defendant's second under seal, *in camera* application. (Dkt. 77.)

//

//

This opposition is based upon the attached memorandum of points and authorities, the attached declaration, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: October 21, 2023       Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


   /s/
FRANCES S. LEWIS
SURIA M. BAHADUE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

## MEMORANDUM OF POINTS AND AUTHORITIES

The government objects to defendant Steve Lee Dominguez's ("defendant's") second *in camera* filing seeking undisclosed relief. (Dkt. 77.) On October 20, 2023, after receiving notice of defendant's filing, the government contacted defense counsel and requested information about the nature of the filing. (Declaration of Frances S. Lewis ("Lewis Decl.") ¶ 2.) Counsel has not yet responded as of the time of this filing. (*Id.*) Assuming that the request again relates to impermissible trial subpoenas, the government incorporates by reference the entirety of its arguments in opposition to defendant's first such *in camera* request. (Dkt. 73.) At a minimum, defendant should be required to disclose the portions of his request that do not relate to any specific trial strategy, including, for example, defendant's *legal* arguments as to (1) why defendant is entitled to use an *in camera*, *ex parte* process to seek any trial subpoenas, and (2) why defendant is entitled to seek discovery through the Rule 17 trial subpoena process and withhold those materials from the government. By filing the entirety of its request *in camera*, the government has no opportunity to present to the Court any legal deficiencies underlying the basis of defendant's requests, notwithstanding the fact that defendant is able to review and respond to the government's law on why such requests are improper.

Therefore, the government continues to oppose any *in camera* request by defendant for trial subpoenas on the grounds that such requests are an improper use of the *in camera* process. "Trial strategy" is not an exceptional circumstance for shielding an *entire filing* from the government and the public, as opposed to the portions of a filing that actual disclose sensitive facts. The government further opposes any request for subpoenas that circumvent the rules outlined in Rules 16 and 17. Rule 17(c) is meant to expedite the trial by providing a time and place before trial for the inspection by *both parties* of evidence to be *admitted* at trial. Accordingly, defendant's *in camera* request should be denied as filed and returned to defendant without consideration.

## DECLARATION OF FRANCES S. LEWIS

I, Frances S. Lewis, declare as follows:

1. I am an Assistant United States Attorney in the Central District of California, and I am one of the attorneys assigned to represent the United States in the above-captioned case.

2. On October 20, 2023, I received an electronic notification from PACER that the defendant had filed a Notice of Manual Lodging of an *Ex Parte* Application seeking to file an undisclosed document *in camera*. (Dkt. 77.) My colleague, AUSA Suria Bahadue, then contacted counsel for defendant, Deputy Federal Public Defenders Kate Morris and Ijeoma Eke, by email on October 20, 2023, requesting to know the nature and substance of the document filed *in camera*, including whether it was related to more trial subpoenas. Defense counsel has not responded to that email as of the time of this filing on October 21, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Los Angeles, California, on October 21, 2023.

          _____*/s/ Frances S. Lewis* _____
          FRANCES S. LEWIS