# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 22-00177-ODW |
| Date | October 25, 2023 |
| Present: The Honorable | United States District Judge, Otis D. Wright, II |
| Interpreter | |

| Sheila English | April Benson | Frances Lewis/ Suria Bahadue |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Steve Lee Dominguez | X | X | | Kate L. Morris/ Ijeoma Uchechi Eke | X | X | |

|   | Day COURT TRIAL | 2nd Day JURY TRIAL |   | Death Penalty Phase |
|---|---|---|---|---|
|   | One day trial; | Begun (1st day); | X Held & continued; | Completed by jury verdict/submitted to court. |
|   | The Jury is impaneled and sworn. | | | |
| X | Opening statements made | Govt / defense | | |
| X | Witnesses called, sworn and testified. | | | |
| X | Exhibits identified | X Exhibits admitted | | |
|   | Government rests. | Defendant(s) | | rest. |
| X | Motion for mistrial by | defense | is ___ granted X denied ___ submitted | |
|   | Motion for judgment of acquittal (FRCrP 29) | is ___ granted ___ denied ___ submitted | | |
|   | Closing arguments made | Court instructs jury | Bailiff sworn | |
|   | Alternates excused | Jury retires to deliberate | Jury resumes deliberations | |
|   | Finding by Court as follows: | Jury Verdict as follows: | | |
| Dft # | Guilty on count(s) | Not Guilty on count(s) | | |
|   | Jury polled | Polling waived | | |
|   | Filed Witness & Exhibit lists | Filed Jury notes | Filed Jury Instructions | Filed Jury Verdict |
|   | Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing. | | | |
|   | Bond exonerated as to Dft # | | | |
| X | Case continued to Oct. 26, 2023 at 8:00 am for further trial/further jury deliberation. | | | |
|   | Other: | | | |

5 : 11

Initials of Deputy Clerk   se